Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Digital Sin, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Digital Sin, Inc., a California corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>DOES 1-5698,<br><br>                    Defendants. | **CASE NO.  CV 11-4397 LB**<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                  Respectfully submitted,

Date:  September 12, 2011   _/s/ Ira M. Siegel_
                                    Ira M. Siegel, Cal. State Bar No. 78142
                                    email address:  irasiegel@earthlink.net
                                    LAW OFFICES OF IRA M. SIEGEL
                                    433 N. Camden Drive, Suite 970
                                    Beverly Hills, California 90210-4426
                                    Tel:          310-435-7656
                                    Fax:         310-657-2187

                                    Attorney for Plaintiff Digital Sin, Inc.