UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THIRD DEGREE FILMS,<br><br>                     Plaintiff,<br>       v.<br>DOES 1-5698,<br>                     Defendants. | No. C 11-04397 LB<br><br>**ORDER GRANTING PLAINTIFF'S** *EX PARTE* **APPLICATION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS**<br><br>[ECF No. 6] |

Plaintiff Third Degree Films asserts claims for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.* Complaint, ECF No. 1 at 2. It seeks an extension of time to serve the defendants. ECF No. 6 at 1. Given the subpoena process and the reliance on the Internet Service Providers, the court finds good cause and **GRANTS** Plaintiff's application for an enlargement of time. Fed. R. Civ. P. 4(m). But the court has severed 5,697 of the Doe defendants, leaving only Doe 1. *See* ECF No. 11 at 7. Accordingly, the deadlines requested by Plaintiff are overly generous. The court **ORDERS** that Plaintiff must name and serve Doe 1 by February 4, 2012.

This disposes of ECF No. 6.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04397 LB
ORDER RE EXTENSION OF TIME TO SERVE DEFENDANTS